1  Andrew Schwartz (State Bar No. 100210)
   Frank Sommers (State Bar No. 109012)
2  SOMMERS & SCHWARTZ LLP
   550 California Street
3  The Sacramento Tower, Suite 700
   San Francisco, CA 94104
4  Telephone: (415) 955-0925
   Facsimile: (415) 955-0927
5
   Karen Carrera (State Bar No. 165675)
6  Maura Prendiville (State Bar No. 257514)
   LEGAL AID OF MARIN
7  30 N. San Pedro Road, Suite 220
   San Rafael, CA 94903
8  Telephone: (415) 492-0230
   Facsimile: (415) 492-0947
9
   Attorneys for Plaintiffs Jacquelyn Hall,
10 Ariana Martinez, Karla Fernandez and Chavon White

11                    IN THE UNITED STATES DISTRICT COURT
12
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14 | JACQUELYN HALL, ARIANA MARTINEZ, | Case No.: C 12-04922 RS
   | KARLA FERNANDEZ and CHAVON       |
15 | WHITE, for themselves and all others | STIPULATION RE FILING OF SECOND
   | similarly situated,              | AMENDED COMPLAINT
16 |                                   |
   |         Plaintiffs,              |
17 |                                   |
   |     vs.                           |
18 |                                   |
   | HOUSING AUTHORITY OF THE COUNTY  |
19 | OF MARIN, and DOES 1 through 100, | Judge: Honorable Richard Seeborg
   | INCLUSIVE,                       |
20 |                                   |
   |         Defendants.              | Date Action Filed: September 20, 2012
21 |                                   |
   |                                   | Trial Date: Not set
22

23

24

25

26

27

28

Case3:12-cv-04922-RS Document23 Filed02/11/13 Page2 of 3

Plaintiffs have provided Defendant with copies of their proposed Second Amended Complaint in sufficient time for Defendant to analyze the same and determine that it is willing to answer, rather than exercise its right to move to dismiss or strike. Both parties are desirous of having the currently-set Case Management Conference on February 28, 2013.

Since the last hearing on Defendant's Motion to Dismiss, there have been the following alterations to the pleadings, and negotiations arising therefrom:

1) Plaintiffs filed a First Amended Complaint which added causes of action for breach of contract and breach of the implied covenant of good faith and fair dealing arising therefrom; and added Plaintiffs Chevon White and Karla Fernandez;

2) With respect to former Plaintiff Esther Williams, Plaintiffs moved for and secured an order of the Superior Court vacating that Court's March 5, 2011 Order approving the Stipulation of settlement; and striking those portions of the MHA-Williams settlement that dealt with Williams' obligation to pay attorney's fees, and her release of claims pertaining thereto (copies of which order will be provided to this Court with the Joint Case Management Statement;)

3) Plaintiffs provided Defendant with copies of both the First and Second Amended Complaints for review and analysis. Defendant pointed out that the contractual claims for damages were defective, given Plaintiffs' failure to present administrative claims relating thereto;

4) Plaintiffs have drafted and provided to Defendant the proposed Second Amended Complaint (a copy of which is attached hereto as Exhibit A.) That Complaint adds Williams back as a class Plaintiff, <u>includes</u> a cause of action for restitution under 42 USC 1983 and the U.S. Housing Act, based on MHA's allegedly improper rent-setting practices, but <u>excludes</u> any contract claims relating to such practices.

5) Defendant's counsel agree that they have had adequate time to review the proposed changes, and have determined not to file a motion to dismiss or strike attacking the new Second Amended Complaint, but rather reserve Defendant's rights to attack the pleading by dispositive motion or proceedings relating to class certification.

STIPULATION RE SECOND AMENDED COMPLAINT
U.S. DISTRICT COURT CASE NO. C 12-04922 RS

Case3:12-cv-04922-RS   Document24   Filed02/13/13   Page3 of 3
Case3:12-cv-04922-RS   Document23   Filed02/11/13   Page3 of 3

The parties therefore stipulate that Plaintiff shall be entitled to file the Second Amended Complaint. Defendant will answer on or before February 25, 2013. Defendant shall be entitled to file any dispositive motions otherwise permitted, and its not having moved to dismiss shall not be cited as a waiver of any grounds to attack the pleadings available under such dispositive motion.

The parties therefore request that the Court approve this Stipulation and authorize the filing of the attached Second Amended Complaint.

DATED:   February 11, 2013           SOMMERS & SCHWARTZ LLP

                                     s/Andrew Schwartz
                                     By: Andrew Schwartz
                                     Attorneys for Plaintiffs

DATED:   February 11, 2013           CHOLAKIAN & ASSOCIATES

                                     s/Colin Jewell
         By: Colin Jewell
                                     Attorneys for Defendant

STIPULATION APPROVED

Dated: February 12, 2013             US DISTRICT COURT

                                     Hon. Richard Seeborg

STIPULATION RE SECOND AMENDED COMPLAINT
U.S. DISTRICT COURT CASE NO. C 12-04922 RS

3