| | |
|---|---|
| 1 | Frank Sommers (State Bar No. 109012) |
| 2 | Andrew Schwartz (State Bar No. 100210)<br>SOMMERS & SCHWARTZ LLP |
| 3 | One Embarcadero Center, Suite 800<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 955-0925<br>Facsimile: (415) 955-0927 |

Karen Carrera (State Bar No. 165675)
Maura Prendiville (State Bar No. 257514)
LEGAL AID OF MARIN
30 N. San Pedro Road, Suite 220
San Rafael, CA 94903
Telephone: (415) 492-0230
Facsimile: (415) 492-0947

Attorneys for Plaintiffs Jacquelyn Hall,
Ariana Martinez, Karla Fernandez and Chavon White

Kevin K. Cholakian (State Bar No. 103423)
Colin H. Jewell (State Bar No. 122907)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Ste. 415
South San Francisco, CA 94080
Telephone:  (650) 871-9544
Facsimile:   (650) 871-9552
http://www.lawyers.com/cholakian

Attorneys for Defendant Housing Authority of
The County of Marin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HALL, ARIANA MARTINEZ, KARLA FERNANDEZ and CHAVON WHITE, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE COUNTY OF MARIN, and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | Case No.: C 12-04922 RS<br><br>STIPULATION (~~PROPOSED~~) RE CHANGES TO SCHEDULING ORDER RE MOTIONS AND DISCOVERY, AS MODIFIED BY THE COURT<br><br>Judge: Honorable Richard Seeborg<br>Date Action Filed: September 20, 2012<br>Trial Date: July 13, 2014 |

The parties to the above-entitled action jointly submit this PROPOSED STIPULATION RE SCHEDULING DATES FOR MOTIONS AND DISCOVERY as requested by the Court when it reassigned Plaintiffs' Motion to Compel and To Reschedule Motion for Class Certification to Magistrate Judge Corley. The parties negotiated preliminary changes, but had to await Judge Corley's Order on the Motion to Compel for the Stipulation Could be finalized. Judge Corley held the hearing on the Motion to Compel on October 17, and issued her Order Granting in Part Motion to Compel on October 18. That Order required, in part, the parties to negotiate the terms of a notice to tenants regarding the production, and for Defendant to perform substantial work by October 30. As a result, the parties have been unable to finalize the instant Stipulation until now.

The parties accordingly respectfully submit the following proposed changes to the Court's initial Scheduling Order to take into account the effect of the productions ordered by Judge Corley, as modified by the parties' subsequent agreements re production, and request that the Court confirm the terms of the Stipulation. (The parties have agreed that the dates set forth below for "Dispositive Motions" are the last possible date for the filing or hearing. The parties have also agreed, however, that the earliest either party can file the opening brief of a dispositive motion is February 22, the day after the last brief is due on the Class Certification Motion.)

**Scheduling**

|  | **Current Dates** | **Proposed New Dates** |
|---|---|---|
| **Rule 26 Exchanges** | March 22, 2013 | |
| **Fact Discovery** | | |
|   Commencement | Jan. 15, 2013 | |
|   Conclusion | Nov. 27, 2013 | March 28, 2014 |
|   End Discovery Motions | Dec. 3, 2013 | April 4, 2014 |
| **Case Management Conference** | December 12, 2013, 10:00 a.m | **SAME** |
| **Expert Discovery** | | |
|   Opening Reports Due | Jan. 10, 2014 | April 4, 2014 |

SCHEDULING ORDER
U.S. DISTRICT COURT CASE NO. C 12-04922 RS

2

| Rebuttal Reports Due | Jan. 17, 2014 | April 11, 2014 |
| --- | --- | --- |
| Close of Motions | Jan. 31, 2014 | April 24, 2014 |
| **Class Certification** | | |
| Opening Brief | Aug. 16, 2013 | Jan. 22, 2014 |
| Opposition | Sept. 6 2013 | Feb. 14, 2014 |
| Reply | Sept. 18, 2013 | Feb. 21, 2014 |
| Hearing | Oct. 3, 2013 | March 6, 2014 |
| **Dispositive Motions** | | |
| Opening Briefs | Jan. 24, 2014 | April 17, 2014 |
| Opposition Briefs | Feb. 14, 2014 | May 8, 2014 |
| Reply Briefs | Feb. 27, 2014 | May 21, 2014 |
| Hearing | March 14, 2014 | June 5, 2014 |
| **Pretrial Conference** | July 3, 2014 at 10:00 a.m. | SAME |
| **Trial Date** | July 14, 2014 at 9:00 a.m. | SAME |
| | | |

Dated: November 6, 2013                 SOMMERS & SCHWARTZ, LLP

s/FFS_____
By: Frank Sommers, Attorneys Plaintiffs
Jacquelyn Hall, Ariana Martinez, Karla
Fernandez and Chavon White

Dated: November 6, 2013

CHOLAKIAN & ASSOCIATES
A Professional Corporation

s/CHJ_____
By: Colin H. Jewell, Attorneys for Defendant
Housing Authority of the County of Marin

**SO ORDERED**

Dated: __11/8_____, 2013

_____
Hon. Richard Seeborg
U.S. District Court Judge