| | |
|---|---|
| 1 | Frank Sommers (State Bar No. 109012) |
| 2 | Andrew Schwartz (State Bar No. 100210)<br>SOMMERS & SCHWARTZ LLP |
| 3 | One Embarcadero Center, Suite 800<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 955-0925<br>Facsimile: (415) 955-0927 |
| 5 | |
| 6 | Maura Prendiville (State Bar No. 257514)<br>LEGAL AID OF MARIN<br>30 N. San Pedro Road, Suite 220 |
| 7 | San Rafael, CA 94903<br>Telephone: (415) 492-0230 |
| 8 | Facsimile: (415) 492-0947 |
| 9 | Attorneys for Plaintiffs Jacquelyn Hall,<br>Ariana Martinez, Karla Fernandez, |
| 10 | Chavon White, and Esther Williams |
| 11 | Kevin K. Cholakian (State Bar No. 103423)<br>Colin H. Jewell (State Bar No. 122907) |
| 12 | CHOLAKIAN & ASSOCIATES<br>A Professional Corporation |
| 13 | 400 Oyster Point Blvd., Suite 415<br>South San Francisco, CA 94080 |
| 14 | Telephone: (650) 871-9544<br>Facsimile: (650) 871-9552 |
| 15 | http://www.lawyers.com/cholakian |
| 16 | Attorneys for Defendant Housing Authority of<br>the County of Marin |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HALL, ARIANA MARTINEZ, KARLA FERNANDEZ, CHAVON WHITE, and ESTHER WILLIAMS, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE COUNTY OF MARIN, and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | Case No.: C 12-04922 RS<br><br>STIPULATION (~~PROPOSED~~) RE CHANGES TO SCHEDULING ORDER RE MOTION FOR CLASS CERTIFICATION<br><br>Judge: Honorable Richard Seeborg<br>Date Action Filed: September 20, 2012<br>Trial Date: July 14, 2014 |

STIPULATION (PROPOSED) RE CHANGES TO SCHEDULING ORDER RE
MOTION FOR CLASS CERTIFICATION
U.S. DISTRICT COURT CASE NO. C 12-04922 RS

1

The parties to the above-entitled action jointly submit this PROPOSED STIPULATION RE SCHEDULING DATES FOR MOTION FOR CLASS CERTIFICATION.

**Scheduling**

| | Current Dates | ~~Proposed~~ New Dates |
|---|---|---|
| **Rule 26 Exchanges** | March 22, 2013 | |
| **Fact Discovery** | | |
|   Commencement | Jan. 15, 2013 | |
|   Conclusion | March 28, 2014 | |
|   End Discovery Motions | April 4, 2014 | |
| **Case Management Conference** | December 12, 10:00 a.m. | ~~SAME~~ February 20, 2014 at 10:00 a.m. |
| **Expert Discovery** | | |
|   Opening Reports Due | April 4, 2014 | |
|   Rebuttal Reports Due | April 11, 2014 | |
|   Close of Motions | April 25, 2014 | |
| **Class Certification** | | |
|   Opening Brief | Jan. 22, 2014 | Feb. 22, 2014 |
|   Opposition | Feb. 14, 2014 | March 14, 2014 |
|   Reply | Feb. 21, 2014 | March 21, 2014 |
|   Hearing | March 6, 2014 | March 27, 2014 |
| **Dispositive Motions** | | |
|   Opening Briefs | April 17, 2014 | |
|   Opposition Briefs | May 8, 2014 | |
|   Reply Briefs | May 21, 2014 | |
|   Hearing | June 5, 2014 | |
| **Pretrial Conference** | July 3, 2014 at 10:00 a.m. | SAME |
| **Trial Date** | July 14, 2014 at 9:00 a.m. | SAME |

STIPULATION (PROPOSED) RE CHANGES TO SCHEDULING ORDER RE
MOTION FOR CLASS CERTIFICATION
U.S. DISTRICT COURT CASE NO. C 12-04922 RS

2

Dated:  January 22, 2014                            SOMMERS & SCHWARTZ, LLP


s/FFS_____
By: Frank Sommers, Attorneys Plaintiffs
Jacquelyn Hall, Ariana Martinez, Karla
Fernandez, Chavon White, and Esther Williams


Dated:  January 22, 2014                            CHOLAKIAN & ASSOCIATES
                                                    A Professional Corporation


s/CHJ_____
By: Colin H. Jewell, Attorneys for Defendant
Housing Authority of the County of Marin


**SO ORDERED.**


Dated: _1/22_____, 2014            _____
                                            Hon.  Richard Seeborg
                                            U.S. District Court Judge

---

STIPULATION (PROPOSED) RE CHANGES TO SCHEDULING ORDER RE
MOTION FOR CLASS CERTIFICATION
U.S. DISTRICT COURT CASE NO. C 12-04922 RS

3