UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HALL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF MARIN,<br><br>    Defendant. | Case No. 12-cv-04922-RS   (MEJ)<br><br>**ORDER RE: NEGOTIATION TIMELINE** |

On February 3, 2014, the undersigned held a settlement conference in this matter. At the conference, several different dates were mentioned concerning prior negotiations between the parties. After reviewing the parties' briefs and supporting documents, the timeline of the parties' negotiation efforts remains unclear. For purposes of clarification, the undersigned finds it would be beneficial to review a timeline of the relevant negotiations that have taken place both prior to and after the filing of the complaint. Accordingly, the parties shall meet and confer and thereafter submit (not file) a joint timeline by February 7, 2014. The statements shall be submitted in a sealed envelope to the Clerk's Office, located at 450 Golden Gate Avenue, 16th Floor, P.O. Box 36060, San Francisco, California 94102. The envelopes should be prominently marked "CONFIDENTIAL – SETTLEMENT CONFERENCE STATEMENT - DO NOT FILE."

**IT IS SO ORDERED.**

Dated: February 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge