Frank Sommers (State Bar No. 109012)
Andrew Schwartz (State Bar No. 100210)
SOMMERS & SCHWARTZ LLP
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Maura Prendiville (State Bar No. 257514)
LEGAL AID OF MARIN
30 N. San Pedro Road, Suite 220
San Rafael, CA 94903
Telephone: (415) 492-0230
Facsimile: (415) 492-0947

Attorneys for Plaintiffs Jacquelyn Hall,
Ariana Martinez, Karla Fernandez,
Chavon White, and Esther Williams

Kevin K. Cholakian (State Bar No. 103423)
Colin H. Jewell (State Bar No. 122907)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Suite 415
South San Francisco, CA 94080
Telephone: (650) 871-9544
Facsimile: (650) 871-9552
http://www.lawyers.com/cholakian

Attorneys for Defendant Housing Authority of
the County of Marin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HALL, ARIANA MARTINEZ, KARLA FERNANDEZ, CHAVON WHITE, and ESTHER WILLIAMS, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE COUNTY OF MARIN, and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | Case No.: C 12-04922 RS<br><br>STIPULATION <s>(PROPOSED)</s> RE CHANGES TO SCHEDULING ORDER DURING ONGOING MEDIATION EFFORTS, AS MODIFIED BY THE COURT<br><br>Judge: Honorable Richard Seeborg<br>Date Action Filed: September 20, 2012<br>Trial Date: July 14, 2014 |

The parties to the above-entitled action, pursuant to instructions received via Magistrate Judge Maria Elena James on February 3, 2014, jointly submit this STIPULATION (PROPOSED) RE CHANGES TO SCHEDULING ORDER DURING ONGOING MEDIATION EFFORTS to implement what the parties were told was a court-ordered three-week delay of all then-scheduled dates. Due to a previously scheduled vacation for defense counsel, the changes have been extended slightly from the originally-ordered three weeks. Plaintiffs agree to the slight extension. The parties note that the extension also changes the currently scheduled February 20 CMC, which has been pushed back the same amount as the other dates.

**Scheduling**

|  | Current Dates | Proposed New Dates |
|---|---|---|
| **Rule 26 Exchanges** | March 22, 2013 | |
| **Fact Discovery** | | |
| Commencement | Jan. 15, 2013 | SAME |
| Conclusion | March 28, 2014 | April 25, 2014 |
| End Discovery Motions | April 4, 2014 | May 2, 2014 |
| **Case Management Conference** | February 20, 2014, 10:00 a.m. | **March 13, 2014, 10:00am** |
| **Continued Settlement Conf.** | February 24, 10:00 a.m. | No change |
| **Expert Discovery** | | |
| Opening Reports Due | April 4, 2014 | May 2, 2014 |
| Rebuttal Reports Due | April 11, 2014 | May 9, 2014 |
| Close of Motions | April 25, 2014 | May 22, 2014 |
| **Class Certification** | | |
| Opening Brief | Feb. 22, 2014 | March 20, 2014 |
| Opposition | March 14, 2014 | April 10, 2014 |
| Reply | March 21, 2014 | April 17, 2014 |

| | | |
|---|---|---|
| Hearing | March 27, 2014 | April 24, 2014 |
| **Dispositive Motions** | | |
| Opening Briefs | April 17, 2014 | To be scheduled following a decision on class certification. |
| Opposition Briefs | May 8, 2014 | To be scheduled following a decision on class certification. |
| Reply Briefs | May 21, 2014 | To be scheduled following a decision on class certification. |
| Hearing | June 5, 2014 | To be scheduled following a decision on class certification. |
| **Pretrial Conference** | July 3, 2014 at 10:00 a.m. | To be scheduled following a decision on class certification. |
| **Trial Date** | July 14, 2014 at 9:00 a.m. | To be scheduled following a decision on class certification. |

Dated: January 22, 2014   SOMMERS & SCHWARTZ, LLP

s/FFS_____
By: Frank Sommers, Attorneys Plaintiffs
Jacquelyn Hall, Ariana Martinez, Karla
Fernandez, Chavon White, and Esther Williams

Dated: January 22, 2014   CHOLAKIAN & ASSOCIATES
A Professional Corporation

s/CHJ_____
By: Colin H. Jewell, Attorneys for Defendant
Housing Authority of the County of Marin

**SO ORDERED.**

Dated: __2/6/14_____, 2014   _____
Hon. Richard Seeborg
U.S. District Court Judge

---

STIPULATION (PROPOSED) RE CHANGES TO SCHEDULING ORDER
U.S. DISTRICT COURT CASE NO. C 12-04922 RS

3