1  Frank Sommers (State Bar No. 109012)
   Andrew Schwartz (State Bar No. 100210)
2  SOMMERS & SCHWARTZ LLP
   One Embarcadero Center, Suite 800
3  San Francisco, CA 94111
   Telephone: (415) 955-0925
4  Facsimile: (415) 955-0927

5  Maura Prendiville (State Bar No. 257514)
   LEGAL AID OF MARIN
6  30 N. San Pedro Road, Suite 220
   San Rafael, CA 94903
7  Telephone: (415) 492-0230
   Facsimile: (415) 492-0947
8
   Attorneys for Plaintiffs Jacquelyn Hall,
9  Ariana Martinez, Karla Fernandez,
   Chavon White, and Esther Williams
10
   Kevin K. Cholakian (State Bar No. 103423)
11 Colin H. Jewell (State Bar No. 122907)
   CHOLAKIAN & ASSOCIATES
12 A Professional Corporation
   400 Oyster Point Blvd., Suite 415
13 South San Francisco, CA 94080
   Telephone: (650) 871-9544
14 Facsimile: (650) 871-9552
   http://www.lawyers.com/cholakian
15
   Attorneys for Defendant Housing Authority of
16 the County of Marin

17               IN THE UNITED STATES DISTRICT COURT

18               FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  JACQUELYN HALL, ARIANA MARTINEZ, KARLA FERNANDEZ, CHAVON WHITE, and ESTHER WILLIAMS, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE COUNTY OF MARIN, and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | Case No.: C 12-04922 RS<br><br>STIPULATION (~~PROPOSED~~) *AS* RE CHANGES TO SCHEDULING ORDER DURING ONGOING MEDIATION EFFORTS II, AS MODIFIED BY THE COURT<br><br>Judge: Honorable Richard Seeborg<br>Date Action Filed: September 20, 2012<br>Trial Date: VACATED |

The parties to the above-entitled action, pursuant to instructions received via Magistrate Judge Maria Elena James, jointly submit this STIPULATION (PROPOSED) RE CHANGES TO SCHEDULING ORDER DURING ONGOING MEDIATION EFFORTS to implement Judge James's order to delay all currently set dates until after the new March 26 next mediation session.

### Scheduling

| | Current Dates | ~~Proposed~~ New Dates |
|---|---|---|
| **Rule 26 Exchanges** | March 22, 2013 | |
| **Fact Discovery** | | |
| Commencement | Jan. 15, 2013 | SAME |
| Conclusion | April 25, 2014 | June 6, 2014 |
| End Discovery Motions | May 2, 2014 | June 12, 2014 |
| **Case Management Conference** | **March 13, 2014, 10:00am** | To be determined following decision on motion for class certification |
| **Continued Settlement Conf.** | March 26, 2014 | |
| **Expert Discovery** | | |
| Opening Reports Due | May 2, 2014 | June 13, 2014 |
| Rebuttal Reports Due | May 9, 2014 | June 20, 2014 |
| Close of Motions | May 22, 2014 | July 3, 2014 |
| **Class Certification** | | |
| Opening Brief | March 24, 2014 | May 5, 2014 |
| Opposition | April 11, 2014 | May 23, 2014 |
| Reply | April 18, 2014 | May 30, 2014 |
| Hearing | April 24, 2014 | June 5, 2014 at 1:30 pm |
| **Dispositive Motions** | | |
| Opening Briefs | June 6, 2014 | To be determined following decision on motion for class certification |
| Opposition Briefs | June 27, 2014 | To be determined following decision on motion for class certification |

| Reply Briefs | July 10, 2014 | To be determined following decision on motion for class certification |
|---|---|---|
| Hearing | July 31, 2014 | To be determined following decision on motion for class certification |
| **Pretrial Conference** | (per the Court's calendar) | To be determined following decision on motion for class certification |
| **Trial Date** | (per the Court's calendar) | To be determined following decision on motion for class certification |

Dated: March 3, 2014

SOMMERS & SCHWARTZ, LLP

s/FFS_____
By: Frank Sommers, Attorneys Plaintiffs Jacquelyn Hall, Ariana Martinez, Karla Fernandez, Chavon White, and Esther Williams

Dated: March 3, 2014

CHOLAKIAN & ASSOCIATES
A Professional Corporation

s/CHJ_____
By: Colin H. Jewell, Attorneys for Defendant Housing Authority of the County of Marin

**SO ORDERED.**

Dated: March 7, 2014

_____
Hon. Richard Seeborg
U.S. District Court Judge