Frank Sommers (State Bar No. 109012)
Andrew Schwartz (State Bar No. 100210)
SOMMERS & SCHWARTZ LLP
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Maura Prendiville (State Bar No. 257514)
LEGAL AID OF MARIN
30 N. San Pedro Road, Suite 220
San Rafael, CA 94903
Telephone: (415) 492-0230
Facsimile: (415) 492-0947

Attorneys for Plaintiffs Jacquelyn Hall,
Ariana Martinez, Karla Fernandez,
Chavon White, and Esther Williams

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HALL, ARIANA MARTINEZ, KARLA FERNANDEZ, CHAVON WHITE, and ESTHER WILLIAMS for themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>HOUSING AUTHORITY OF THE COUNTY OF MARIN, and DOES 1 through 100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.: C 12-04922 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION TO SEAL DOCKET NOS. 62, 63, AND 65<br><br><br>Judge: Honorable Richard Seeborg<br><br>Date Action Filed: September 20, 2012<br><br>Trial Date: Not Yet Rescheduled |

STIPULATION AND [PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO SEAL
DOCKET NOS. 62, 63, AND 65
U.S. DISTRICT COURT CASE NO. C 12-04922 RS

1

1  WHEREAS, Plaintiffs filed their Memorandum of Points and Authorities in Support of the
2  Preliminary Approval of the Settlement (Docket No. 62), their Memorandum of Points and
3  Authorities in Support of the Application for an Award of Attorneys' Fees and Costs (Docket No.
4  63), and Declaration of Frank Sommers in Support of Application for Attorneys' Fees and Costs
5  (Docket No. 65) on May 1, 2014;

6  WHEREAS, Defendant's Counsel transmitted his letter of May 19, 2014, objecting to
7  statements in these motion papers, contending that they violated the mediation privilege and the
8  Settlement Agreement and unduly disparaged Defendant's Counsel, and requesting the replacement
9  of these papers with statements Defendant's Counsel deemed "offending" to be "removed;"

10  WHEREAS, Plaintiffs' Counsel rejects the contentions in Defendant's Counsel's May 19th
11  letter and believes that its initial papers did not violate the Settlement Agreement or the mediation
12  privilege and did not unduly disparage Defendant's Counsel.  Plaintiffs' Counsel made changes to
13  many of the sections of the papers that Defendant's Counsel had found "offending" in what it has
14  now served as its Amended Notice of Motion and Motion For Award of Attorneys' Fees and
15  Amended Declaration of Frank F. Sommers, and has agreed to seek an order through an
16  Administrative Motion to Place Docket Nos. 62, 63, and 65 under seal pursuant to Local Rules
17  Section 7-11; and,

18  WHEREAS, as had been previously agreed between the Court and the parties on the recent
19  hearing on Plaintiffs' Motion for Preliminary Approval of the Settlement, Plaintiffs' Amended
20  Notice of Motion and Motion for an Award of Attorneys' Fees and Costs does not identify
21  insurance carriers of the Housing Authority of the County of Marin.
22  / / /
23  / / /
24  / / /

STIPULATION AND [PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO SEAL
DOCKET NOS. 62, 63, AND 65
U.S. DISTRICT COURT CASE NO. C 12-04922 RS

2

1  NOW THEREFORE, Plaintiffs and Defendant stipulate to an order of this Court sealing Docket Nos. 62, 63, and 65, in this matter forthwith. The parties therefore request that the Court approve this Stipulation and authorize the sealing of Docket Nos. 62, 63, and 65 herein.

IT IS SO STIPULATED.

DATED: May 29, 2014                    SOMMERS & SCHWARTZ LLP

/s/ Andrew Schwartz
By: Andrew Schwartz, Attorneys for Plaintiffs Jacquelyn Hall, Ariana Martinez, Karla Fernandez, Chavon White, and Esther Williams

DATED: May 30, 2014                    CHOLAKIAN & ASSOCIATES

/s/ Colin Jewell
By: Colin Jewell, Attorneys for Defendant Housing Authority of the County of Marin

IT IS SO ORDERED.

DATED: 6/9/14

Honorable Richard Seeborg
U.S. DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO SEAL
DOCKET NOS. 62, 63, AND 65
U.S. DISTRICT COURT CASE NO. C 12-04922 RS

3